PROB 12B7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Pemberton          Cr.: CR 03-97(01)
                                                 PACTS Number: 35037

Name of Sentencing Judicial Officer: Honorable John W. Bissell

Date of Original Sentence: 08/28/03

Original Offense: Robbery, Use of a Firearm During a Crime of Violence

Original Sentence: 88 months imprisonment, three-year-term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/19/08

### PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation, the offender shall warn any other residents that the premises may be subject to searches pursuant to this condition.

### CAUSE

To enhance the Probation Department's ability to detect noncompliant behavior, and facilitate the Office's objective of ensuring community protection.

Respectfully submitted,

By: _____
U.S. Probation Officer
Date:

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

March 10, 2009

**SUPERVISION UNIT**
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Judge Designate
Martin Luther King Jr., Federal Courthouse
P.O. Box 0999
Newark, NJ 07102

RE: **PEMBERTON, Christopher**
Docket # CR 03-97(01)
Request for Modification of Conditions

Dear Judge Designate:

On August 28, 2003, the offender appeared for sentencing before the Honorable John W. Bissell, after pleading guilty to Robbery (18 U.S.C. § 1951), a Class C felony, and Use of a Firearm During a Crime of Violence (18 U.S.C. § 924 (c)(1)(A)(I)), a Class A Felony. Pemberton was sentenced to Eighty(80) months imprisonment followed by a three-year-term of supervised release. Pemberton was released from the Federal Bureau of Prisons on September, 19, 2008, to commence the term of supervised release in the Southern District of New York.

Due to Pemberton's crime of violence, the probation office in New York wishes to obtain a modification to include search and seizure of the offender's residence, office, or vehicle. They believe the modification will enhance the Probation Office's ability to detect noncompliant behavior and facilitate the objective of ensuring community protection. The offender has agreed to the modification and has waived his right to a hearing by signing a Probation Form 49.

We respectfully request that Your Honor sign the attached modification. We remain available to discuss this case at (973)645-2033.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kellyanne Kelly
    Senior U.S. Probation Officer

/kak
Attachment