PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Christopher Pemberton     **Docket Number:** 03-00097-001
                                                                                                       **PACTS Number:** 35037

**Name of Sentencing Judicial Officer:** Honorable John W. Bissell

**Newly Assigned Judicial Officer:** Honorable Faith S. Hochberg

**Date of Original Sentence:** 08/28/2003

**Original Offense:** Count 1: Robbery; Count 2: Using a Firearm During Commission of a Crime of Violence

**Original Sentence:** 80 months imprisonment; 3 years supervised release; $200 special assessment; $2,623.56 restitution.

**Type of Supervision:** Term of Supervised Release     **Date Supervision Commenced:** 9/19/08

**Assistant U.S. Attorney:** Eli Richardson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Anthony Cariddi, 84 Main Street, Hackensack, New Jersey 07601

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On November 9, 2009, Pemberton was arrested in Nassau County, New York, for Burglary in the third degree, in violation of New York State penal law, §140.20, a Class D felony. On October 16, 2009, Pemberton and another unidentified individual reportedly entered Obsidian Financial Group, LLC, located in Woodbury, New York, pried open doors, removed financial documents, photocopied them, and left the originals behind. The documents contained names, addresses, social security numbers, bank account numbers, routing numbers, and wiring instructions. Pemberton had no right to copy that information. |

Pemberton has been in custody since his arrest, and is currently incarcerated at the Nassau County (New York) Jail. He is scheduled to appear in Nassau County First District Court for a status conference on January 15, 2010.

2.  The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

    Pemberton failed to notify the U.S. Probation Officer about his arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Adriana Garcia
U.S. Probation Officer

/ag

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Honorable Faith S. Hochberg
United States District Judge

12/21/09
Date