UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| | : | |
| v. | : | Criminal No. 03-97 |
| | : | |
| CHRISTOPHER PEMBERTON | : | ORDER |

This matter having come before the Court on Defendant Christopher Pemberton's Motion to Amend Judgment and Commitment Order, and there being no opposition from the Government (by Aaron Mendelsohn, Assistant U.S. Attorney), for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that:

1. On May 26, 2010, Defendant was received into federal custody for purposes of this Court ruling upon his violation of supervised release; and

2. On October 18, 2010, Defendant was sentenced by this Court to 10 months' incarceration.

IT IS on this 9th day of February 2011, it is

ORDERED that Defendant be given jail credit for his time served in federal custody from May 26, 2010, through October 17, 2010.

                                                              s/ Faith S. Hochberg
                                        HONORABLE FAITH S. HOCHBERG
                                        UNITED STATES DISTRICT JUDGE